## BELDOCK LEVINE & HOFFMAN LLP

99 PARK AVENUE, PH/26TH FLOOR

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

REF:

WRITER'S DIRECT CONTACT:
212-277-5816
marena@blhny.com

## MEMO ENDORSED

April 11, 2025

**VIA ECF**
Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The initial conference is rescheduled to May 21, 2025, at 11:30 am.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: April 14, 2025
> New York, New York

Re: *Klarman v. The City of New York et al.* 24-cv-05340-ER

Your Honor:

    This firm represents Plaintiff Summer Klarman in the above-referenced matter. We write to respectfully request an approximately two-week adjournment of the ~~Initial Court Conference~~ currently scheduled for May 7, 2025. Dkt. No. 34. This is Plaintiff's first request for such an adjournment. Defendants consent to this request. The reason for this request is as follows.

    Plaintiff's counsel, Mr. Rankin, is scheduled for trial in the matter of *Matthews et al. v. Cuomo et al.*, 17-cv-00503(GTS)(ML) (N.D.N.Y) beginning on April 28, 2025. The trial is anticipated to last a week or more. In addition, the undersigned has previously scheduled travel from May 2nd to May 12th. The Parties have conferred and are available on May 20th, 21st, 22nd, and 29th for a telephonic conference at a time convenient for the Court. For these reasons, we respectfully request that Initial Court Conference be adjourned to one of the above dates, or a later date convenient for the Court.

Respectfully submitted,

Marc Arena

CC: All Parties via ECF