UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUMMER KLARMAN,

                Plaintiff,

– *against* –

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT ("NYPD") POLICE OFFICER ("P.O.") BEKZOD SHARIPOV, NYPD P.O. SASHA CABRERA, NYPD SERGEANT MUNEEB SHAHBAZ, NYPD P.O. CYNTHIA MCCANN, NYPD LIEUTENANT DAVID C. JOHNSON, *and* NYPD P.O. JOHN AND JANE DOES 1-4,

                Defendants.

**ORDER**

24-cv-05340 (ER)

Ramos, D.J.:

    Summer Klarman filed a proposed judgment on June 20, 2025. Doc. 44. On June 23, 2025, the Clerk's Office notified Klarman that the proposed judgment was prematurely filed and that Klarman needed to first file the notice of acceptance with offer judgment and second the proposed judgment.

    Klarman is directed to file notice of acceptance with offer of judgment first and then the proposed judgment second.

    It is SO ORDERED.

Dated:    July 30, 2025
             New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.