## BELDOCK LEVINE & HOFFMAN LLP

### 99 PARK AVENUE, PH/26TH FLOOR

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

REF:

WRITER'S DIRECT CONTACT:

212-277-5816
marena@blhny.com

August 7, 2025

**<u>VIA ECF</u>**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: <u>*Klarman v. The City of New York et al.* 24-cv-05340-ER</u>**

Your Honor:

  This firm represents Plaintiff Summer Klarman in the above-referenced matter. We write to provide the Fed. R. Civ. P. 68 offer of judgment (Exhibit 1) and notice of acceptance of offer of judgment (Exhibit 2). I am cautiously optimistic this letter and attachments will satisfy the requirements of ECF 44 and 45.

  My apologies for the delay in this matter, I have been out of the Country and the associate on the case is no longer with the office.

         Respectfully submitted,

         David B. Rankin

CC: All Parties via ECF